UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

SELENA GOODEN,

        Plaintiff,         CASE NUMBER: 13-13956
                                    HONORABLE VICTORIA A. ROBERTS

v.

UNITED STATES OF AMERICA, et al.,

        Defendants.
_____/

## ORDER

On September 16, 2013, Selena Gooden filed a *pro se* Complaint against: (1) the United States of America, (2) former defense secretaries Robert Gates and Leon Panette, (3) Judges Denise Hood and Nancy Edmunds, (4) Detroit Police Chief David Craig, (5) the Detroit Police Department, (6) Michigan Governor Richard Snyder, and (7) the State of Michigan. Gooden's claims include "Trafficking Involuntary Servitude of Leaders, Aiding and Abetting Conspiracy, Criminal Negligence, Terrorism/Extremism, Obstruction of Justice, Cover-up, etc." Gooden requests to proceed *in forma pauperis*.

Gooden's Complaint is **DISMISSED** as frivolous, and her request to proceed *in forma pauperis* is **MOOT**.

Pursuant to 28 U.S.C. § 1915(e)(2)(B), the Court must dismiss any action filed *in forma pauperis* that is factually frivolous, malicious, fails to state a claim upon which relief may be granted, or seeks monetary relief against a defendant who is immune from suit. Factual frivolousness includes allegations that are "clearly baseless," "fantastic," or "delusional." *See Neitzke v. Williams*, 490 U.S. 319, 327-28 (1989).

Gooden's Complaint is comprised of disconnected allegations and baseless

claims for relief. Among others things, Gooden seeks (1) "$2 Billion For Content Creation Services Pentagon/NBC Universal"; (2) "$7.3 Million for my War on Terrorism Investigation Services"; and (3) "the State of M[ichigan] to Direct taxpayers revenue to Build New Schools in Inkster ... And to Add the Name Gooden to Inkster High School." Gooden alleges no basis for federal court jurisdiction.

The Court finds Gooden's Complaint frivolous pursuant to Section 1915(e), as it is fantastic, delusional, and clearly baseless.

Gooden's Complaint is **DISMISSED**

Accordingly, Gooden's request to proceed *in forma pauperis* is **MOOT**.

**IT IS ORDERED**.

S/Victoria A. Roberts
Victoria A. Roberts
United States District Judge

Dated: September 18, 2013

The undersigned certifies that a copy of this document was served on the attorneys of record and Selena Gooden by electronic means or U.S. Mail on September 18, 2013.

S/Carol A. Pinegar
Deputy Clerk